THOMAS P. O'BRIEN                                    "O"
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. GOODMAN (Cal. State Bar No. 126728)
Assistant United States Attorney
Deputy Chief, Criminal Division
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone:  (213) 894-4667
    Facsimile:  (213) 894-0141
    E-Mail:  daniel.goodman@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE          )    No. 08-1305M
EXTRADITION OF                )
                              )    ORDER GRANTING GOVERNMENT'S
JOSE MANUEL GARIBAY FELIX,    )    REQUEST FOR DETENTION
     aka "El Gordo,"          )
     aka "El Manuelon,"       )
                              )
                              )
A Fugitive from the           )
Government of Mexico.         )
_____)

     Upon consideration of the request of the United States for

the detention of fugitive JOSE MANUEL GARIBAY FELIX pending

extradition proceedings, and good cause therefor appearing,

     IT IS HEREBY ORDERED that said request is GRANTED, based

upon the following conclusions of law and findings of fact:

     1.     In foreign extradition matters there is a presumption

against bail and only "special circumstances" will justify

release on bail.  United States v. Salerno, 878 F.2d 317, 317

(9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d

1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d

1225, 1228 (9th Cir. 1984).  The burden of showing special

circumstances rests upon the fugitive.  See, e.g., Salerno, 878

1   F.2d at 317-18.  Here, the Court finds that no such "special

2   circumstances" exist.

3        2.    Because the Court finds no special circumstances to

4   be present, it does not reach the issues of flight risk and

5   danger to the community.

6        IT IS SO ORDERED.

7   DATED:   June 11, 2008

8

9

10                              ____/s/_____
                                HONORABLE FERNANDO M. OLGUIN
                                United States Magistrate Judge
11

    Presented by:
12
    THOMAS P. O'BRIEN
13  United States Attorney

14

15
    ___/s/_____
16  DANIEL S. GOODMAN
    Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26

27

28